

IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In RE:  In Proceedings:
17-15159

Debtor(s):
Johnny Cruz

WITHDRAWAL OF CLAIM

Please withdraw Claim #6 in the amount of $389.80

Creditor's Signature    /s/ William Andrews

Creditors Name & Address:
LVNV Funding, LLC its successors and assigns as
assignee of Arrow Financial Services, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Date: November 14th, 2017