UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JOHNNY CRUZ :
    Debtor : BANKRUPTCY NO. 17-15159-MDC
:

## PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 8 FILED BY PHILADELPIA GAS WORKS

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 8 in the amount of $3215.69.  Philadelphia Gas Works Claim #8 was filed on January 8, 2018.

PHILADELPHIA GAS WORKS

/s/ Pearl Pham
Pearl Pham,
Senior Attorney
Philadelphia Gas Works
800 West Montgomery Avenue
Philadelphia, PA  19122
(215) 684-6227 (phone)
(215) 684-6798 (FAX)
pearl.pham@pgworks.com

January 11, 2018

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHNNY CRUZ | : | |
|     Debtor | : | BANKRUPTCY NO. 17-15159-MDC |
| | : | |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #8 on the following date by the means designated below on the date set forth below, upon all parties including the following:

<u>VIA ECF</u>

Alfonso G. Madrid, Esq.
Law Office of Alfonso Madrid
757 S. 8th Street
Philadelphia, PA 19147
215-925-1002

William C. Miller, Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411


Dated: <u>January 11, 2018</u>        /s/ Pearl Pham
                                                           Pearl Pham
                                                          Senior Attorney
                                                          Philadelphia Gas Works
                                                          800 West Montgomery Avenue
                                                          Philadelphia, PA 19122
                                                          (215) 684-6227
                                                          pearl.pham@pgworks.com