IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JOHNNY CRUZ | : | CASE NO: 17-15159MDC |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

### ORDER TO ALLOW COUNSEL FEES AND EXPENSES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 3,000.00 |
| Total reimbursed expenses: | $    232.00 |
| Attorney fee already paid by Debtor | $        0.00 |
| **Net amount to be paid by Trustee** | **$ 3,232.00** |

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

July 16, 2018

*Magdeline D. Coleman*

Magdeline D. Coleman
United States Bankruptcy Judge