IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOHNNY CRUZ | : | CASE NO 17-15159MDC |
| Debtor | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a), to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Third Amended Plan filed on April 28, 2020 (Doc no. 61).

May 29, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge