# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-15159-MDC

JOHNNY CRUZ

3509 ENGLEWOOD STREET

PHILADELPHIA, PA 19149

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHNNY CRUZ

3509 ENGLEWOOD STREET

PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

ALFONSO G MADRID, ESQ.
COMMUNITY LEGAL SERVICES OF PHILADELPHIA
1410 W. ERIE AVENUE
PHILADELPHIA, PA 19140-

Date: 9/28/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee