United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Johnny Cruz  
    Debtor

Case No. 17-15159-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 10, 2021      Form ID: 138NEW      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny Cruz, 3509 Englewood St., Philadelphia, PA 19149-1613 |
| 13959724 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 13959728 | + | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 13959729 | + | Quality Asset Recovery, 7 Foster Ave., Suite 101, Gibbsboro, NJ 08026-1191 |
| 13959730 | + | Secretary of Hous & Urban Devpt, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 13959731 | + | Tate & Kirlin, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 14023265 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13969908 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13959732 | + | Wells Fargo Dealer Services, 15750 Alton Parkway, Irvine, CA 92618-3825 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 11 2021 01:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2021 01:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 11 2021 01:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | May 11 2021 01:30:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 00:59:03 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14038059 | | Email/Text: megan.harper@phila.gov | May 11 2021 01:30:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13959726 | | Email/Text: ebnnotifications@creditacceptance.com | May 11 2021 01:30:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Silver Triangle Building, Southfield, MI 48034-8339 |
| 13959725 | + | Email/Text: megan.harper@phila.gov | May 11 2021 01:30:00 | City of Philadelphia - Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14013746 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 01:00:55 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13959727 | + | Email/Text: blegal@phfa.org | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 2 |
| Date Rcvd: May 10, 2021 | Form ID: 138NEW | | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | May 11 2021 01:30:00 | Pa Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14001728 | Email/PDF: | EBN_AIS@AMERICANINFOSOURCE.COM | May 11 2021 01:00:56 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Johnny Cruz amadrid@clsphila.org |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Johnny Cruz
        Debtor(s)           Bankruptcy No: 17−15159−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                              For The Court
                              Timothy B. McGrath
                              Clerk of Court

Dated: 5/10/21

                                                76 − 75
                                                Form 138_new